UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTTY LEE YOCHAM,<br><br>                    Plaintiff,<br><br>     vs.<br><br>SPOKANE COUNTY JAIL,<br><br>                    Defendant. | NO.  CV-08-053-JLQ<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE |

Plaintiff initiated this *pro se* civil rights action on February 1, 2008, while a prisoner at the Spokane County Jail.  By letter dated February 8, 2008, the court directed Mr. Yocham to sign numerous documents and to provide a six month statement of his inmate account.  Mail sent to Mr. Yocham at the Spokane County Jail, however, was returned on February 13, 2008, with the notation that the inmate was not in jail.  More than two months have passed and Plaintiff has not notified the court of a change of address.  Accordingly, **IT IS ORDERED** this action is **DISMISSED without prejudice** for failure to keep the court apprized of his current address.

**IT IS SO ORDERED.**  The District Court Executive is **DIRECTED** to enter this Order, forward a copy to Plaintiff at his last known address, and close the file.

**DATED** this 21st day of April, 2008.

                              s/ Justin L. Quackenbush
                           JUSTIN L. QUACKENBUSH
                    SENIOR UNITED STATES DISTRICT JUDGE

ORDER DISMISSING ACTION WITHOUT PREJUDICE. -- 1