UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SCOTTY LEE YOCHAM,<br><br>                Plaintiff,<br><br>  vs.<br><br>SPOKANE COUNTY JAIL,<br><br>                Defendant. | NO.  CV-08-053-JLQ<br><br>ORDER DENYING MOTION FOR RECONSIDERATION |

      BEFORE THE COURT is Plaintiff's Motion for Reconsideration (Ct. Rec. 6). Motions for reconsideration serve a limited function. "'[T]he major grounds that justify reconsideration involve an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'" *Pyramid Lake Paiute Tribe v. Hodel*, 882 F.2d 364, 369 n.5 (9th Cir. 1989).  None of those grounds are present here.

      Plaintiff failed to keep the court apprised of his address during the course of his litigation. It was his responsibility to so do. His case was dismissed without prejudice to him filing a new action.

      Therefore, **IT IS ORDERED** the Motion for Reconsideration (Ct. Rec. 6) is **DENIED.** Again, Plaintiff is free to submit a new action. He must sign each document he submits as required by Fed. R. Civ. P. 11. If he wishes to proceed without prepayment of the filing fee he must comply with the requirements of 28 U.S.C. § 1915(a)(2) and provide a certified copy of his trust fund account statement (or institutional equivalent)

ORDER DENYING MOTION FOR RECONSIDERATION. -- 1

Case 2:08-cv-00053-JLQ    Document 7    Filed 05/02/08

for the 6-month period immediately preceding the filing of the complaint.

**IT IS SO ORDERED.** The District Court Executive is **DIRECTED** to enter this Order and forward a copy to Plaintiff at his last known address, along with a civil rights packet for prisoners. The District Court Executive shall close the file. Plaintiff shall **NOT** reference this cause number in his new action.

**DATED** this 2nd day of May 2008.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER DENYING MOTION FOR RECONSIDERATION. -- 2